COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00924-CR |
| Style: | Ex parte Nii-Otabil Nelson |
| Date motion filed[*]: | June 17, 2015 |
| Type of motion: | Amended Motion to Extend Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?          Yes.

If motion to extend time:

    Original due date:          N/A (June 10, 2015, was brief date claimed in motion)

    Number of extensions granted:          0          Current Due Date:  N/A

    Date Requested:          N/A (No date requested in motion)

Ordered that motion is:

    ☐ Granted in part

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

    Although the Clerk of this Court set a June 10, 2015 briefing deadline in the related appellate cause number 01-15-00248-CR, no such deadline was set here because this is an appeal from the denial of a habeas corpus application governed by Rule 31. *See* TEX. R. APP. P. 31.1, 38.6(a).  On November 17, 2014, the Clerk of this Court had sent notice explaining that **if** this Court desires briefs, it will set the deadline, but that this appeal may be set for submission with or without briefs. *See id.* at 31.1.  Thus, appellant's motion for an extension of time to file his brief is **denied** because the Clerk of this Court already sent notice on June 9, 2015, that this appeal was set for submission on the record only.

Judge's signature: /s/ <u>Laura Carter Higley</u>
              ☒ Acting individually
Date:  June 23, 2015

November 7, 2008 Revision